# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1502
LT Case No. 2022-CF-512

_____

MICHAEL BENNETT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher Anthony France, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

Michael Bennett, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, Rebecca Rock
McGuigan and Marissa V. Giles, Assistant Attorneys General,
Daytona Beach, for Appellee.

August 22, 2025


PER CURIAM.

In this *Anders*[*] appeal, we affirm but remand for the correction of a scrivener's error. The trial court sentenced Appellant to concurrent prison terms of eighty-four months—that is, seven years. However, the written sentence mistakenly reflects that the prison terms are for eight years. Because the court's oral pronouncement controls over the written sentence, we remand for the court to make the appropriate correction. *See Crenshaw v. State*, 338 So. 3d 425 (Fla. 5th DCA 2022). Appellant need not be present for this ministerial act. *Id.*

AFFIRMED; REMANDED with instructions.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

———————————————

[*] *Anders v. California*, 386 U.S. 738 (1967).